**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tyeisha Miller and Channing Gill, Sr., Defendants,

Of Whom Channing Gill, Sr., is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2015-001096

———————————

Appeal From Sumter County
Angela R. Taylor, Family Court Judge

———————————

Unpublished Opinion No. 2016-UP-179
Submitted March 10, 2016 – Filed April 11, 2016

———————————

**AFFIRMED**

———————————

Montford Shuler Caughman, of Caughman Law, LLC, of Lexington, for Appellant.

Lauren Boswell Stevens, of Dalzell, for Respondent.

Edgar R. Donnald, Jr., of Sumter, and Brenda L. Gorski, of the South Carolina Guardian Ad Litem Program, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:**  Channing Gill, Sr., appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Gill's counsel.

**AFFIRMED.**[1]

**SHORT and THOMAS, JJ., and CURETON, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.